**Order entered July 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00409-CR
No. 05-15-00410-CR

**ERIC JAMES BALLOU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR15-0124, CR15-0125**

## ORDER

The Court **GRANTS** court reporter Deborah K. Hamon's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hamon to file the reporter's record within **TEN (10) DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE